Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31403−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timi W Morak
   572 N. Maple Ave.
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−5656

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/30/2018 and a confirmation hearing on such Plan has been scheduled for 1/10/2019.

The debtor filed a Modified Plan on 2/13/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/28/2019; 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 14, 2019
JAN: ntp

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 18-31403-JKS
Timi W Morak                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Feb 14, 2019
                            Form ID: 186             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
```
db             +Timi W Morak,   572 N. Maple Ave.,    East Orange, NJ 07017-4636
517970091      +Associated Retinal Consultants,    c/o Pressler, Felt & Warshaw,LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020
517902256      +Barbara Jones,   572 N. Maple Ave.,    #2,   East Orange, NJ 07017-4636
517839490       Bayview Loan Servicing, LLC,    P.O. Box 650091,   Dallas, TX 75265-0091
517839493      +Dr. Matthew Milestone,   Milestone Orthodontics,   502 Pleasant Valley Way,
                 West Orange, NJ 07052-2802
517839494      +Essex Coutny Sheriff,   50 W. Market Street,   Newark, NJ 07102-1692
517839495      +Hackensack Medical Center,   30 Prospect Avenue,   Hackensack, NJ 07601-1915
517839496      +Kathleen M. Magoon, Esq.,   Shapiro & DeNardo, LLC,   14000 Commerce Parkway,   Suite B,
                 Mount Laurel, NJ 08054-2242
517899391      +PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
517839497       Wayfair/Comenity Bank,   PO Box 182273,    Columbus, OH 43218-2273
517839498      +Wells Fargo Bank, N.A.,   P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:30    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517955753      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 15 2019 00:15:02
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
517839491      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2019 00:16:53     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
517920296       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2019 00:18:16     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517940496       E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2019 00:14:22
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517956786      +E-mail/Text: bncmail@w-legal.com Feb 15 2019 00:14:41    SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517839492*     +Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark G. Carusillo    on behalf of Debtor Timi W Morak mark@carusillolaw.com,
               melissa@carusillolaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```