UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Mark G. Carusillo, Esq.
2050 Fairfax Avenue, Suite B
Cherry Hill, NJ 08003
(856) 267-5325
Attorney for Debtor, Timi W. Morak

Order Filed on May 22, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Timi W. Morak

Case No.:  18-31403

Chapter:  13

Judge:  J. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/10/2018_____ :

Property:      572 N. Maple Avenue, East Orange, NJ 07017

Creditor:      Bayview Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____counsel for Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____6/15/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2