UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Mark G. Carusillo, Esq.
2050 Fairfax Avenue, Suite B
Cherry Hill, NJ 08003
(856) 267-5325
Attorney for Debtor, Timi W. Morak

**Order Filed on July 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Timi W. Morak

Case No.: _____18-31403_____

Chapter: _____13_____

Judge: _____J. Sherwood_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 12/10/2018 _____ :

Property: _____ 572 N. Maple Avenue, East Orange, NJ 07017 _____

Creditor: _____ Bayview Loan Servicing _____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ counsel for Debtor _____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 8/2/19 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2