Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−31403−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Timi W Morak
  572 N. Maple Ave.
  East Orange, NJ 07017

Social Security No.:
  xxx−xx−5656

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 1, 2019.

On 11/27/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                    January 9, 2020
Time:                    08:30 AM
Location:                Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 3, 2019
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-31403-JKS
Timi W Morak                                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 03, 2019
                             Form ID: 185          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db            +Timi W Morak,    572 N. Maple Ave.,    East Orange, NJ 07017-4682
517970091     +Associated Retinal Consultants,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
517902256     +Barbara Jones,    572 N. Maple Ave.,    #2,    East Orange, NJ 07017-4683
517839490      Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
517839493     +Dr. Matthew Milestone,    Milestone Orthodontics,    502 Pleasant Valley Way,
               West Orange, NJ 07052-2802
517839494     +Essex Coutny Sheriff,    50 W. Market Street,    Newark, NJ 07102-1692
517839495     +Hackensack Medical Center,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
517839496     +Kathleen M. Magoon, Esq.,    Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,
               Mount Laurel, NJ 08054-2242
517899391     +PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517839498     +Wells Fargo Bank, N.A.,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517955753     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 04 2019 00:19:32
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
517839491     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 04 2019 00:31:37    Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
518578926      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:31:43    LVNV Funding LLC,
               PO Box 10587,    Greenville, SC 29603-0587
518578927      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:31:43    LVNV Funding LLC,
               PO Box 10587,    Greenville, SC 29603-0587,   LVNV Funding LLC,    PO Box 10587,
               Greenville, SC 29603-0587
517920296      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:31:42    LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517940496      E-mail/Text: bnc-quantum@quantum3group.com Dec 04 2019 00:18:46
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517956786     +E-mail/Text: bncmail@w-legal.com Dec 04 2019 00:19:06    SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518321182     +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:31:28    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518530711     +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2019 00:32:53    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517839497      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 04 2019 00:18:41    Wayfair/Comenity Bank,
               PO Box 182273,    Columbus, OH 43218-2273
                                                                                        TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517839492*    +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 03, 2019
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
          LIABILITY COMPANY dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
          Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
          LIABILITY COMPANY kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark G. Carusillo    on behalf of Debtor Timi W Morak mark@carusillolaw.com,
          melissa@carusillolaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```