Order Filed on April 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark G. Carusillo, Esq.
2050 Fairfax Avenue, Suite B
Cherry Hill, NJ 08003
(856) 267-5325
Attorney for Debtor, Timi W. Morak

In Re:

    Timi W. Morak

Case No.:   18-31403
Chapter:    13
Judge:      Hon. John K. Sherwood

**ORDER**

The relief set forth on the following page is **ORDERED.**

**DATED: April 18, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having been opened to the Court by Mark G. Carusillo, Esq, attorney for Debtor, Timi W. Morak, on a Motion to Approve Loan Modification; and Mark G. Carusillo, Esq. appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown;

IT IS ORDERED that the Court authorizes secured creditor, Bayview Loan Servicing and Debtor, Timi W. Morak to enter into a loan modification of the subject mortgage as memorialized in the documents attached as Exhibit "A" to the Certification of Debtor dated March 30, 2020 filed in support of Debtor's Motion to Approve Loan Modification; and

IT IS FURTHER ORDERED that Bayview Loan Servicing shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of the entry of this Order; and

IT IS FURTHER ORDERED that the Debtor shall provide an executed copy of the Loan Agreement with ten (10) days of Closing.