| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark G. Carusillo, Esq.<br>2050 Fairfax Avenue, Suite B<br>Cherry Hill, NJ 08003<br>(856) 267-5325<br>Attorney for Debtor, Timi W. Morak | Order Filed on April 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Timi W. Morak | Case No.:   18-31403<br>Chapter:    13<br>Judge:       Hon. John K. Sherwood |

## ORDER

The relief set forth on the following page is **ORDERED.**

**DATED: April 18, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having been opened to the Court by Mark G. Carusillo, Esq, attorney for Debtor, Timi W. Morak, on a Motion to Approve Loan Modification; and Mark G. Carusillo, Esq. appearing for the Debtor; and the Court after hearing arguments of counsel; and for good cause having been shown;

IT IS ORDERED that the Court authorizes secured creditor, Bayview Loan Servicing and Debtor, Timi W. Morak to enter into a loan modification of the subject mortgage as memorialized in the documents attached as Exhibit "A" to the Certification of Debtor dated March 30, 2020 filed in support of Debtor's Motion to Approve Loan Modification; and

IT IS FURTHER ORDERED that Bayview Loan Servicing shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of the entry of this Order; and

IT IS FURTHER ORDERED that the Debtor shall provide an executed copy of the Loan Agreement with ten (10) days of Closing.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 18-31403-JKS
Timi W Morak                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 20, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.
db            +Timi W Morak,    572 N. Maple Ave.,    East Orange, NJ 07017-4682

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Mark G. Carusillo    on behalf of Debtor Timi W Morak mark@carusillolaw.com, melissa@carusillolaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 6