Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−31403−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timi W Morak
   572 N. Maple Ave.
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−5656

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on January 13, 2020.

   On 07/09/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 August 13, 2020
Time:                08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 10, 2020
JAN: dlr

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 18-31403-JKS
Timi W Morak                                                              Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                  Page 1 of 2                 Date Rcvd: Jul 10, 2020
                              Form ID: 185                 Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db             +Timi W Morak,    572 N. Maple Ave.,    East Orange, NJ 07017-4682
517970091      +Associated Retinal Consultants,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517902256      +Barbara Jones,    572 N. Maple Ave.,    #2,   East Orange, NJ 07017-4683
517839490       Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
517839493      +Dr. Matthew Milestone,    Milestone Orthodontics,    502 Pleasant Valley Way,
                 West Orange, NJ 07052-2802
517839494      +Essex Coutny Sheriff,    50 W. Market Street,    Newark, NJ 07102-1692
517839495      +Hackensack Medical Center,    30 Prospect Avenue,    Hackensack, NJ 07601-1915
517839496      +Kathleen M. Magoon, Esq.,    Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,
                 Mount Laurel, NJ 08054-2242
517899391      +PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
517839498      +Wells Fargo Bank, N.A.,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:44      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517955753      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 11 2020 01:16:44
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
517839491      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 01:11:13      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518578926       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 01:11:22      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518578927       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 01:22:29      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517920296       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 01:11:22      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517940496       E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2020 01:15:25
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517956786      +E-mail/Text: bncmail@w-legal.com Jul 11 2020 01:15:59      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518321182      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:11:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518530711      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 01:11:03      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517839497       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2020 01:15:15      Wayfair/Comenity Bank,
                 PO Box 182273,    Columbus, OH 43218-2273
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517839492*     +Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jul 10, 2020
                               Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark G. Carusillo    on behalf of Debtor Timi W Morak mark@carusillolaw.com,
           melissa@carusillolaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```